| AO 10 Rev. 1/2017 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2016 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Pillard, Cornelia T. | 2. Court or Organization U.S. Court of Appeals for the District of Columbia Circuit | 3. Date of Report 05/15/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Circuit Judge | 5a. Report Type (check appropriate type) ☐ Nomination  Date ☐ Initial  ☑ Annual  ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2016 to 12/31/2016 |

**7. Chambers or Office Address**

Chambers of the Hon. Cornelia T.L. Pillard
United States Court of Appeals for the District of Columbia Circuit
333 Constitution Ave. N.W.
Washington, DC 20001

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pillard, Cornelia T. | 05/15/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2016 | Georgetown University Law Center -- law faculty salary |
| 2. | 2016 | The New York Review of Books -- freelance writer fees |
| 3. | 2016 | The Nation -- freelance writer fees |
| 4. | 2016 | Francis Goldin Literary Agency -- advance for book |
| 5. | 2016 | American Civil Liberties Union -- consulting fees and signing bonus |
| 6. | March 2016 | Stanford University, Honorarium $500 |
| 7. | Oct. 2016 | Christopher Newport University, Honorarium $4,250 |
| 8. | Oct. 2016 | Millersville University, Honorarium $5,000 |
| 9. | Oct. 2016 | Haverford College, Honorarium $5,000 |
| 10. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | **Pillard, Cornelia T.** | 05/15/2017 |

| 1. | Harvard Law School | April 8-10, 2016 | Cambridge, MA | Keynote speaker at the Harvard Law Review Banquet | Travel, lodging, food |
|---|---|---|---|---|---|
| 2. | Commonwealth School | October 14-15, 2016 | Boston, MA | The Merrill Series Panel | Travel |
| 3. | New York University School of Law and Columbia Law School | November 11-13, 2016 | Manhasset, New York | Judicial Education Seminar on International Human Rights and Humanitarian Laws | Travel, lodging, food |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pillard, Cornelia T. | 05/15/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pillard, Cornelia T. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. American Century Ultra Fund Mutual Fund | A | Int./Div. | K | T | Sold (part) | 08/24/16 | J | B | |
| 2. Barclays Ipath ETN ETF | | None | K | T | Sold (part) | 08/24/16 | J | A | |
| 3. Blackrock Muniassets Fund Mutual Fund | C | Int./Div. | L | T | Sold (part) | 08/24/16 | J | A | |
| 4. Cohen & Steers Institutional Realty Mutual Fund | B | Int./Div. | L | T | Buy (add'l) | 08/24/16 | J | | |
| 5. Cohen & Steers Realty Focus Mutual Fund | C | Int./Div. | L | T | Buy (add'l) | 07/01/16 | J | | |
| 6. | | | | | Sold (part) | 08/24/16 | J | B | |
| 7. | | | | | Buy (add'l) | 12/09/16 | J | | |
| 8. Ishares Dow Jones US Telecom Fund ETF | A | Int./Div. | | | Sold | 11/03/16 | J | A | |
| 9. Ishares Iboxx $ Investment Grade Corp Bond Fund ETF | A | Int./Div. | | | Sold | 03/08/16 | J | A | |
| 10. Ishares Intermediate Credit Bond ETF | A | Int./Div. | | | Sold (part) | 01/07/16 | K | A | |
| 11. | | | | | Sold | 03/08/16 | J | A | |
| 12. Ishares JP Morgan Emerging MKTS Bond ETF | B | Int./Div. | K | T | Sold (part) | 08/24/16 | J | A | |
| 13. Ishares MSCI EAFE Index Fund ETF | A | Int./Div. | K | T | Buy (add'l) | 08/24/16 | J | | |
| 14. Ishares Russell 1000 Growth Fund ETF | B | Int./Div. | L | T | Buy (add'l) | 08/24/16 | J | | |
| 15. Ishares Russell 1000 Value ETF | C | Int./Div. | M | T | Sold (part) | 08/24/16 | J | B | |
| 16. Ishares Russell Mid Cap Index Fund ETF | A | Int./Div. | K | T | Buy (add'l) | 08/24/16 | J | | |
| 17. Ishares S&P Midcap 400 Growth Fund ETF | B | Int./Div. | M | T | Buy (add'l) | 01/07/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pillard, Cornelia T. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold (part) | 03/08/16 | J | A | |
| 19. | | | | | Sold (part) | 08/24/16 | J | C | |
| 20. | | | | | Buy (add'l) | 11/03/16 | J | | |
| 21. Ishares S&P Midcap 400 Value Index Fund ETF | B | Int./Div. | M | T | Buy (add'l) | 01/07/16 | J | | |
| 22. | | | | | Sold (part) | 03/08/16 | J | A | |
| 23. | | | | | Sold (part) | 08/24/16 | J | A | |
| 24. | | | | | Sold (part) | 11/03/16 | J | A | |
| 25. Ishares S&P National AMT Free Muni Bond Fund ETF | B | Int./Div. | L | T | Sold (part) | 08/24/16 | J | A | |
| 26. Ishares S&P Small Cap 600 Growth Fund ETF | A | Int./Div. | L | T | Sold (part) | 01/07/16 | J | A | |
| 27. | | | | | Sold (part) | 03/08/16 | J | B | |
| 28. | | | | | Sold (part) | 08/24/16 | J | B | |
| 29. | | | | | Sold (part) | 11/03/16 | J | B | |
| 30. Ishares S&P Small Cap 600 Value Fund ETF | A | Int./Div. | L | T | Sold (part) | 01/07/16 | J | A | |
| 31. | | | | | Sold (part) | 03/08/16 | J | A | |
| 32. | | | | | Sold (part) | 08/24/16 | J | A | |
| 33. | | | | | Sold (part) | 11/03/16 | J | B | |
| 34. Ishares U.S. Preferred Stock ETF | C | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pillard, Cornelia T. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Janus Investment Mutual Fund | A | Int./Div. | L | T | | | | | |
| 36. Pimco 1-5 Year U.S. Tips Index Fund | A | Int./Div. | L | T | Buy (add'l) | 08/24/16 | J | | |
| 37. Royce Total Return Mutual Fund | A | Int./Div. | K | T | Buy (add'l) | 08/24/16 | J | | |
| 38. SPDR Barclays High Yield Bond Fund ETF | B | Int./Div. | K | T | Buy (add'l) | 03/08/16 | J | | |
| 39. | | | | | Sold (part) | 11/03/16 | J | A | |
| 40. SPDR Barclays Short Term High Yield Fund ETF | B | Int./Div. | K | T | Sold (part) | 08/24/16 | J | A | |
| 41. SPDR Consumer Discretionary Select Sector Fund ETF | A | Int./Div. | L | T | Sold (part) | 01/07/16 | J | A | |
| 42. | | | | | Sold (part) | 03/08/16 | J | A | |
| 43. | | | | | Buy (add'l) | 11/03/16 | J | | |
| 44. SPDR Consumer Staples Select Sector Fund ETF | A | Int./Div. | K | T | Sold (part) | 01/07/16 | J | A | |
| 45. | | | | | Sold (part) | 03/08/16 | J | A | |
| 46. | | | | | Sold (part) | 11/03/16 | J | A | |
| 47. SPDR Energy Select Sector Fund ETF | A | Int./Div. | K | T | Buy (add'l) | 01/07/16 | J | | |
| 48. | | | | | Buy (add'l) | 03/08/16 | J | | |
| 49. | | | | | Sold (part) | 11/03/16 | J | A | |
| 50. SPDR Euro Stoxx 50 ETF | B | Int./Div. | K | T | Buy (add'l) | 08/24/16 | J | | |
| 51. SPDR Financial Select Sector Fund ETF | B | Int./Div. | L | T | Sold (part) | 01/07/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pillard, Cornelia T. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 03/08/16 | J | | |
| 53. | | | | | Buy (add'l) | 11/03/16 | J | | |
| 54. | | | | | Sold (part) | 11/03/16 | J | A | |
| 55. SPDR Health Care Select Sector Fund ETF | A | Int./Div. | L | T | Sold (part) | 01/07/16 | J | A | |
| 56. | | | | | Buy (add'l) | 03/08/16 | J | | |
| 57. | | | | | Buy (add'l) | 11/03/16 | J | | |
| 58. SPDR Industrial Select Sector Fund ETF | A | Int./Div. | K | T | Sold (part) | 01/07/16 | J | A | |
| 59. | | | | | Sold (part) | 11/03/16 | J | A | |
| 60. SDPR Materials Select Sector Fund ETF | A | Int./Div. | J | T | Buy (add'l) | 03/08/16 | J | | |
| 61. | | | | | Sold (part) | 11/03/16 | J | A | |
| 62. SPDR S&P Dividend ETF | B | Int./Div. | L | T | Buy (add'l) | 08/24/16 | J | | |
| 63. SPDR Technology Select Sector Fund ETF | B | Int./Div. | L | T | Sold (part) | 01/07/16 | J | A | |
| 64. | | | | | Buy (add'l) | 03/08/16 | J | | |
| 65. | | | | | Sold (part) | 11/03/16 | J | A | |
| 66. T Rowe Price New Asia Mutual Fund | A | Int./Div. | K | T | Sold (part) | 08/24/16 | J | C | |
| 67. T Rowe Price Spectrum Income Mutual Fund | C | Int./Div. | L | T | Sold (part) | 08/24/16 | J | A | |
| 68. Vanguard Emerging Markets Stock Index Fund ETF | C | Int./Div. | M | T | Sold (part) | 01/07/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pillard, Cornelia T. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 03/08/16 | J | | |
| 70. | | | | | Buy (add'l) | 08/24/16 | J | | |
| 71. | | | | | Sold (part) | 11/03/16 | K | A | |
| 72. Vanguard FTSE Developed Markets Fund ETF | D | Int./Div. | M | T | Buy (add'l) | 01/07/16 | J | | |
| 73. | | | | | Buy (add'l) | 03/08/16 | J | | |
| 74. | | | | | Buy (add'l) | 08/24/16 | J | | |
| 75. | | | | | Sold (part) | 11/03/16 | K | A | |
| 76. Vanguard Reit Index Fund ETF | B | Int./Div. | K | T | Buy (add'l) | 01/07/16 | K | | |
| 77. | | | | | Buy (add'l) | 03/08/16 | K | | |
| 78. | | | | | Sold (part) | 11/03/16 | J | A | |
| 79. Wisdomtree Emerging Mkts ETF | B | Int./Div. | K | T | Buy (add'l) | 08/24/16 | J | | |
| 80. Wisdomtree Managed Futures Strategy Fund | | None | L | T | Buy (add'l) | 08/24/16 | J | | |
| 81. Wisdomtree Total Dividend Fund ETF | B | Int./Div. | L | T | Buy (add'l) | 08/24/16 | J | | |
| 82. | | | | | Sold (part) | 08/24/16 | J | A | |
| 83. iShares 7-10 Year Treasury Bond ETF (X) | A | Int./Div. | | | Buy | 01/07/16 | K | | |
| 84. | | | | | Buy (add'l) | 03/08/16 | K | | |
| 85. | | | | | Sold | 11/03/16 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$50,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pillard, Cornelia T. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. iShares Core U.S. Aggregate Bond ETF (X) | A | Int./Div. | M | T | Buy | 11/03/16 | M | | |
| 87. Powershares Global ETF (X) | A | Int./Div. | K | T | Buy | 11/03/16 | K | | |
| 88. SPDR Real Estate Sector ETF (X) | A | Int./Div. | J | T | Buy | 09/22/16 | J | | |
| 89. IRA-BDA #1 | A | Distribution | K | T | | | | | |
| 90. --Fidelity Canada Mutual Fund | A | Int./Div. | J | T | | | | | |
| 91. --Fidelity Diversified International Mutual Fund | A | Int./Div. | K | T | | | | | |
| 92. --Fidelity Select Technology Mutual Fund | A | Int./Div. | J | T | | | | | |
| 93. IRA-BDA #2 | A | Distribution | K | T | | | | | |
| 94. --Fidelity Canada Mutual Fund | A | Int./Div. | J | T | | | | | |
| 95. --Fidelity Diversified International Mutual Fund | A | Int./Div. | K | T | | | | | |
| 96. --Fidelity Select Technology Mutual Fund | A | Int./Div. | J | T | | | | | |
| 97. Suntrust cash accounts | A | Int./Div. | L | T | | | | | |
| 98. Schwab Total Stock Market Fund | A | Int./Div. | J | T | Buy (add'l) | 12/19/16 | J | | |
| 99. Vanguard Windsor II Mutual Fund | E | Int./Div. | O | T | | | | | |
| 100. Vanguard Windsor Mutual Fund | F | Int./Div. | P1 | T | | | | | |
| 101. Fidelity Magellan Mutual Fund | E | Int./Div. | O | T | | | | | |
| 102. Fidelity Low Priced Stock Mutual Fund | E | Int./Div. | O | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pillard, Cornelia T. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Schwab Emerging Markets Equity ETF | A | Int./Div. | J | T | Buy (add'l) | 01/04/16 | J | | |
| 104. | | | | | Sold (part) | 03/31/16 | J | A | |
| 105. | | | | | Buy (add'l) | 04/07/16 | J | | |
| 106. | | | | | Buy (add'l) | 05/06/16 | J | | |
| 107. | | | | | Buy (add'l) | 06/08/16 | J | | |
| 108. | | | | | Buy (add'l) | 07/11/16 | J | | |
| 109. | | | | | Buy (add'l) | 08/08/16 | J | | |
| 110. | | | | | Buy (add'l) | 09/09/16 | J | | |
| 111. | | | | | Buy (add'l) | 12/30/16 | J | | |
| 112. Schwab International Equity ETF | A | Int./Div. | J | T | Buy (add'l) | 04/07/16 | J | | |
| 113. | | | | | Buy (add'l) | 05/06/16 | J | | |
| 114. | | | | | Buy (add'l) | 06/08/16 | J | | |
| 115. | | | | | Buy (add'l) | 07/11/16 | J | | |
| 116. | | | | | Buy (add'l) | 08/08/16 | J | | |
| 117. | | | | | Buy (add'l) | 09/09/16 | J | | |
| 118. Schwab Health Care Mutual Fund | A | Int./Div. | J | T | Buy (add'l) | 12/12/16 | J | | |
| 119. Powershares Emerging Markets ETF | A | Int./Div. | J | T | Buy (add'l) | 05/06/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pillard, Cornelia T. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy (add'l) | 08/08/16 | J | | |
| 121. | | | | | Buy (add'l) | 09/09/16 | J | | |
| 122. Schwab U.S. Broad Market ETF | A | Int./Div. | J | T | Sold (part) | 03/31/16 | J | A | |
| 123. | | | | | Buy (add'l) | 04/07/16 | J | | |
| 124. | | | | | Buy (add'l) | 05/06/16 | J | | |
| 125. | | | | | Buy (add'l) | 06/08/16 | J | | |
| 126. | | | | | Buy (add'l) | 07/11/16 | J | | |
| 127. | | | | | Buy (add'l) | 08/08/16 | J | | |
| 128. | | | | | Buy (add'l) | 09/09/16 | J | | |
| 129. Schwab U.S. TIPS ETF | A | Int./Div. | J | T | Buy (add'l) | 09/09/16 | J | | |
| 130. TIAA-CREF Lifecycle 2020 Retirement Fund | | None | K | T | | | | | |
| 131. TIAA-CREF Large Cap Growth Fund | A | Int./Div. | J | T | | | | | |
| 132. Ameritas Principal plan Plus - DC529 | A | Int./Div. | J | T | | | | | |
| 133. State Street Equity Index - DC529 | | None | K | T | | | | | |
| 134. NY 529 Moderate Age-Based Option: Income Portfolio | | None | L | T | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | |
| | U =Book Value | V =Other | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pillard, Cornelia T. | 05/15/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Cornelia T. Pillard**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544